IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HALEY M. COFFMAN, <br><br> Defendant. | 8:21-CR-260 <br><br> **ORDER STAYING MAGISTRATE JUDGE'S ORDER** |

      This matter is before the Court on the government's Motion for Emergency Stay and for Review of Revocation of a Release Order, Filing 68. The government asks the Court stay the Magistrate Judge's Order, Filing 64, granting Defendant Haley M. Coffman release pending trial on charges of conspiring with intent to possess and distribute fifty grams or more of methamphetamine (actual) in violation of 21 U.S.C. § 846. The government requests a stay of the Order while the Court conducts its de novo review in consideration of the government's request it be revoked pursuant to 18 U.S.C. § 3145. Filing 68. The government maintains the defendant is both a flight risk and a danger to the community. Filing 68 at 9.

      To allow the Court time to conduct a hearing on the government's motion, the Order Setting Conditions of Release, Filing 64, will be stayed pending the Court's ruling on the government's motion for revocation.

      IT IS ORDERED:

1. The Order Setting Conditions of Release, Filing 64, is stayed pending this Court's ruling on the government's Motion for Revocation, Filing 68;

2. The defendant shall be detained pending further order of the Court;

1

2

3. A hearing on the government's motion shall be set at the earliest convenience of the parties and the Court.

Dated this 27th day of January, 2022.

                                                      BY THE COURT:

                                                      _____
                                                      Brian C. Buescher
                                                      United States District Judge