IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>HALEY M. COFFMAN,<br><br>                Defendant. | 8:21-CR-260<br><br>**ORDER** |

       This matter is before the Court on defendant Haley M. Coffman's *pro se* Motion to Return Property. Filing 152. Coffman's Motion requests that her cellphone be returned to her so that she can preserve the pictures of her children that are stored on it. Filing 152 at 1.

       Federal Rule of Criminal Procedure 41(g) allows an individual whose property has been seized in a criminal case to move the court for its return. *See* Fed. R. Crim. P. 41(g). Once criminal proceedings end and the district court enters judgment, the property's owner has a right to seek the return of her property. *See United States v. Mendez*, 860 F.3d 1147, 1150 (8th Cir. 2017).

       The Court has already sentenced Coffman and entered Judgment on November 18, 2022. Filing 131. There may be a sufficient justification for the Government's continued retention of Coffman's phone, however. Furthermore, there are likely procedures that Coffman must undergo to ensure her phone is returned to her or released to someone who can hold it for her while she serves her sentence. Therefore, the Court will order the Government to respond to Coffman's Motion so that the Court can adjudicate it properly. Accordingly,

1

IT IS ORDERED that the Government shall respond to Haley M. Coffman's Motion to Return Property, Filing 152, within 14 days of the date of this order.

Dated this 2nd day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge
